No. 82–791.   TEACHERS INSURANCE & ANNUITY ASSN. ET AL. *v.* SPIRT ET AL.; and

No. 82–913.   LONG ISLAND UNIVERSITY *v.* SPIRT ET AL. C. A. 2d Cir.   Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Arizona Governing Committee for Tax Deferred Annuity and Deferred Compensation Plans* v. *Norris, ante,* p. 1073.   Reported below: 691 F. 2d 1054.

No. 82–794.   PETERS ET AL. *v.* WAYNE STATE UNIVERSITY ET AL.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arizona Governing Committee for Tax Deferred Annuity and Deferred Compensation Plans* v. *Norris, ante,* p. 1073.

No. 82–840.   WAINWRIGHT, SECRETARY, DEPARTMENT OF CORRECTIONS *v.* HENRY.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Barclay* v. *Florida, ante,* p. 939. JUSTICE BRENNAN and JUSTICE MARSHALL would deny certiorari.

No. 82–6263.   SAWYER *v.* LOUISIANA.   Sup. Ct. La.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Zant* v. *Stephens,* 462 U. S. 862 (1983).

No. 82–6370.   MARRERO *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Solem* v. *Helm, ante,* p. 277.